JPML FORM 1A
p.1

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 755 -- In re Citicorp Acceptance Company/Mobile Home Dealer Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/02/08 | 1 | MOTION/BRIEF/SCHEDULE OF ACTIONS/EXHIBIT A/CERTIFICATE OF SERVICES -- MOVANTS DICK MOORE, INC. AND R.C. MOORE, JR. -- SUGGESTED TRANSFEREE COURT: W.D. TENNESSEE. (tmq) |
| 88/02/18 | | APPEARANCES: JAMES D. SENGER, ESQ. for Citicorp Acceptance Co., Inc., Citicorp Homeownners, Inc., Advance Mortgage Corp., Citicorp, Citibank, N.A. annd Citicorp Person-to-Person, Inc.; RICHARD E. STRATTON, III, ESQ. for Pope Mobile Homes, Inc., Adams Mobil Homes, Inc., Big River Discount Mobile Homes, Inc., and Mack's Mobile Home Sales, Inc.; R. LAYNE HOLLEY, ESQ. for Dick Moore, Inc., et al.; BARBARA J. TAYLOR, ESQ. for Omega Homes, Inc.; JOHN J. HEFLIN, III, ESQ. for Eric R. Haas  (cds) |
| 88/02/22 | | APPEARANCES: STEPHEN L. HIXSON, ESQ. for B&G Mobile Homes, Inc., et al.; PHILLIP R. McCAMMON, ESQ. for Citicorp Acceptance Co., Inc., et al.; J. NORMAN ROBY, ESQ. for Aaron J. Guthrie, et al.  (cds) |
| 88/02/22 | 2 | RESPONSE (to pldg. #1) -- Omega Homes, Inc. -- w/cert. of service  (cds) |
| 88/02/22 | 3 | NOTICE OF RELATED ACTION -- Citicorp Acceptance Co. v. Herbert R. Alcorn, et al., W.D. Va., C.A. #83-0966 -- submitted by counsel for Omega Homes, Inc. |
| 88/02/23 | | APPEARANCE: WILLIAM S. FINGER, ESQ. for Knight Mobile Homes, Inc., et al.  (cds) |
| 88/02/23 | 4 | RESPONSE (to pldg. #1), w/Brief and Notice of related action -- Citicorp Accepetence Co., Inc -- w/cert. of service  (cds) |
| 88/03/01 | 5 | RESPONSE (to pldg. #1) -- pltfs. Knight Mobile Homes, Inc., et al. -- w/cert. of service  (cds) |
| 88/03/01 | 6 | RESPONSE (to pldg. #1) -- pltfs. Pope Mobile Homes, Inc.; Big River Discount Mobile Homes, Inc.; Adams Mobile Home, Inc.; and Mack's Mobile Home Sales, Inc. -- w/cert. of service  (cds) |
| 88/03/01 | 7 | LETTER -- Movant Dick Moore, Inc. and R.C. Moore, Jr. -- w/enclosure re tag-along action -- w/service of letter on counsel  (cds) |
| 88/03/01 | 8 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- Movants Dick Moore, Inc. and R.C. Moore, Jr. -- GRANTED TO AND INCLUDING MARCH 8, 1988 (cds) |

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 755 -- 

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/03/02 | 9 | RESPONSE (to pldg. #1) -- pltf. B&G Mobile Homes, Inc., et al. -- w/cert. of service (cds) |
| 88/03/09 | 10 | REPLY (to pldg. #4) -- Movants Dick Moore, Inc. and R.C. Moore, Jr. -- w/cert. of service (cds) |
| 88/04/14 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on May 19, 1988 in Chicago, Illinois (rh) |
| 88/04/18 | 11 | REVISED SCHEDULE OF ACTIONS -- Movant -- deleting A-8, A-11, B-12 and A-9 w/svc. (ds) |
| 88/04/25 | | ORDER VACATING MAY 19, 1988 HEARING -- on A-9 Imperial Mobil Homes Sales, Inc. v. Citicorp Acceptance Corp., Inc., S.D. Illinois, C.A. No. 84-3134 -- Notified involved clerk, judge and counsel. (ds) |
| 88/05/03 | 12 | LETTER (additional information to pldg. #4) W/ COPY OF ELEVENTH CIRCUIT ORDER -- counsel for Citicorp Acceptance Co., Inc. -- w/cert. of service (cds) |
| 88/05/11 | 13 | LETTER W/COPY OF W.D. TENNESSEE ORDER AND S.D. MISSIPPI ORDER -- submitted by Citicorp Acceptance Co., Inc. -- w/cert. of service (cds) |
| 88/05/18 | | HEARING APPEARANCES: (hearing of 5/19/88) R. LAYNE HOLLEY, ESQ. for Dick Moore, Inc., et al.; BARBARA J. TAYLOR, ESQ. for Omega Homes, Inc.; THOMAS FRANK, ESQ. OR WILLIAM S. FINGER, ESQ. for Knight Mobile Homes, Inc., et al. and ALAN W. HELDMAN, ESQ. for Citicorp Acceptance Co., Inc. (ds) |
| 88/05/18 | | WAIVER OF ORAL ARGUMENT -- (hearing of 5/19/88) Pope Mobile Home, Inc., Big River Discount Mobile Homes, Inc., Mack's Mobile Home Sales, Inc., Adams Mobile Homes, Inc. AND ERIC HAAS (ds) |
| 88/05/25 | 14 | MOVANT'S STATEMENT IN SUPLEMENTATION OF ORAL ARGUMENT - pltf. Dick Moore, Inc. -- w/cert. of service (cds) |
| 88/06/01 | 15 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Citicorp acceptance co., inc. w/cert. of svc. -- GRANTED TO AND INCLUDING JUNE 3, 1988 -- notified counsel (ds) |
| 88/06/03 | 16 | SUPPLEMENTAL RESPONSE -- Citicorp Acceptance Company, Inc. (re: pldg. #14) w/cert. of svc. (ds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 755 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/06/07 | 17 | LETTER (status of A-9, A-11 and A-12 cases and svc. on counsel) -- Movant Dick Moore, et al. w/svc.  (ds) |
| 88/07/08 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Robert M. McRae for coordinated or consolidated pretrial proceedings. (ds) |
| 88/07/08 | | TRANSFER ORDER -- transferring A-3 thru A-7 and A-10 to the Western District of Tennessee for pretrial proceedngs -- Notified involved clerks, judges and counsel  (ds) |
| 90/11/09 | 18 | MOTION OF TAG-ALONG ACTION/BRIEF -- Citicorp Acceptance Company -- w/Exhibits A-D -- w/cert. of svc. -- Notified involved counsel  (sg) |
| 90/11/15 | 19 | LETTER -- Clarifying movant's position re pldg. #18 -- w/service   (cdm) |
| 90/12/03 | 20 | RESPONSE (to pldg. #18) -- defts. James D. Walker, et al. w/exhibits A thru D and cert. of svc.  (ds) |
| 90/12/10 | | HEARING ORDER -- Setting motion for transfer of B-13 for Panel Hearing on January 25, 1991 in Houston, Texas (rh) |
| 90/12/13 | 21 | REPLY -- Citicorp Acceptance Company w/cert. of svc.  (ds) |
| 91/01/25 | | HEARING APPEARANCES -- ANDREW J. PETRIE, ESQ. for Citicorp Acceptance Co., Inc., n/k/a Citicorp National Services, Inc., Citicorp Homeowners, Inc., n/k/a Citicorp Mortgage, Inc. and Advance Mortgage Corporation; JAY M. SAWILOWSKY, ESQ. for James D. Walker, Jr.   (ds) |
| 91/01/25 | | WAIVERS OF ORAL ARGUMENT -- Dick Moore, Inc., R.C. Moore, Jr., Eric R. Haas and Knight Mobile Homes, Inc.,  (ds) |
| 91/01/31 | | TRANSFER ORDER -- B-13 James D. Walker, Jr., et al. v. Citicorp Acceptance Company, Inc., et al., S.D. Georgia, Adversary No. 90-1087 -- Notified involved clerks, judges and counsel (sg) |

JPML FORM 1A

P.4

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 755 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/12/19 | 22 | MOTION/BRIEF -- filed by deft. Dick Moore, Inc. for transfer of (B-14) Hollifield v. Dick Moore, N.D. Mississippi C.A. No. WC-91-131-B-D -- with Exhibits A-D and cert. of svc. -- Notified involved counsel (kac) |
| 91/12/23 | | APPEARANCE -- IRMA W. MERRILL for Dick Moore, Inc. (kac) |
| 92/01/08 | 23 | REQUEST FOR EXTENSION OF TIME -- filed by pltf. Timothy Wayne Hollifield -- EXTENSION OF TIME GRANTED TO AND INCLUDING JANUARY 28, 1992 -- Notified involved counsel (ds) |
| 92/01/13 | 24 | RESPONSE (to pldg. #22) -- filed by pltf. Timothy Wayne Hollifield w/cert. of svc. (ds) |
| 92/02/20 | | HEARING ORDER -- setting motion to transfer for Panel Hearing on March 27, 1992 in Chicago, Illinois (ds) |
| 92/02/20 | | HEARING ORDER -- setting motion to transfer (B-14 Hollifield) for Panel Hearing on March 27, 1992 in Chicago, Illinois (ds) |
| 92/03/27 | | WAIVERS OF ORAL ARGUMENT (for Panel hearing on 3/27/92, in Chicago, Illinois) -- All parties waived (ds) |
| 92/04/03 | | ORDER DENYING TRANSFER -- B-14 Timothy W. Hollifield v. Dick Moore, Inc., et al., N.D. Miss., #WC91-131-B-D -- Notified involved counsel; judges; clerks and panel judges (rh) |

JPML FORM 1A                                                                P. 5

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 755 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/11/23 | 25 | SUGGESTION OF REMAND (LETTER) -- **(A-3)** Pope Mobile Homes, Inc. v. Citicorp Acceptance Co., Inc., W.D. Tenn., C.A. No. 88-2533 (S.D. Miss., C.A. No. J87-0076(B)); **(A-4)** Big River Discount Mobile Homes, Inc. v. Citicorp Acceptance Co., Inc., W.D. Tenn., C.A. No. 88-2535 (S.D. Miss., C.A. No. J87-0106(B)); **(A-5)** Adams Mobile Homes, Inc. v. Citicorp Acceptance Co., Inc., W.D. Tenn., C.A. No. 88-2534 (S.D. Miss., C.A. No. J87-0105(B)); **(A-6)** Mack's Mobile Homes Sales, Inc. v. Citicorp Acceptance Co., Inc., W.D. Tenn., C.A. No. 88-2536 (S.D. Miss., C.A. No. J87-0107(B)) -- Signed by Judge Robert M. McRae (W.D. Tenn.) and dated 11/9/92 (bas) |
| 92/11/23 | | CONDITIONAL REMAND ORDERS FILED TODAY -- (re: pldg. #25) **A-3** Pope Mobile Homes, Inc. v. Citicorp Acceptance Co., Inc., W.D. Tenn., C.A. No. 88-2533 (S.D. Miss., C.A. No. J87-0076(B)); **A-4** Big River Discount Mobile Homes, Inc. v. Citicorp Acceptance Co., Inc., W.D. Tenn., C.A. 88-2535 (S.D. Miss., C.A. No. J87-0106(B)); **A-5** Adams Mobile Homes, Inc. v. Citicorp Acceptance Co., Inc., W.D. Tenn., C.A. No. 88-2534 (S.D. Miss., C.A. No. J87-0105(B)); **A-6** Mack's Mobile Homes Sales, Inc. v. Citicorp Acceptance Co., Inc., W.D. Tenn., C.A. No. 88-2536 (S.D. Miss., C.A. No. J87-0107(B)) -- Notified involved counsel and judge (bas) |
| 92/12/09 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- (re: pldg. #25) **A-3** Pope Mobile Homes, Inc. v. Citicorp Acceptance Co., Inc., W.D. Tenn., C.A. No. 88-2533 (S.D. Miss., C.A. No. J87-0076(B)); **A-4** Big River Discount Mobile Homes, Inc. v. Citicorp Acceptance Co., Inc., W.D. Tenn., C.A. 88-2535 (S.D. Miss., C.A. No. J87-0106)); **A-5** Adams Mobile Homes, Inc. v. Citicorp Acceptance Co., Inc., W.D. Tenn., C.A. No. 88-2534 (S.D. Miss., C.A. J87-0105 (B)); **A-6** Mack's Mobile Homes Sales Inc. v. Citicorp Acceptance Co., Inc., W.D. Tenn., C.A. No. 88-2536 (S.D. Miss., C.A. No. J87-0107 (B)) -- Notified involved Clerks and Judges (nng) |
| 93/01/05 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- **(A-2)** Royal Crown Bottling Co. of Chicago v. Conopco, Inc., etc., S.D. Ohio, C2-92-679 (N.D. Illinois, C.A. No. 91-C-8365); and **(A-4)** Kalil Bottling Co. v. Conopco, Inc., et., S.D. Ohio, C2-92-1129 (D. Arizona, C.A. No. 92-007) -- Notified involved clerks and judges (bas) |

DOCKET ENTRIES

| Date | No. | Description |
|---|---|---|
| 93/01/06 | | CONDITIONAL REMAND ORDER FILED TODAY -- (A-10) Knight Mobile Homes, Inc., et al. v. Citicorp Homeowners, Inc., et al., W.D. Tennessee, C.A. No. 88-2538-A (D. Colorado, C.A. No. 82-M-90) - Notified involved counsel and judge (NG) |
| 93/01/12 | 26 | SUGGESTION OF REMAND -- Signed by Judge Robert M. McRae in W.D. Tennessee (dated 12/23/92) re: (A-10) Knight Mobile Homes, Inc., et al. v. Citicorp Homeowners., et al., W.D. Tennessee, C.A. No. 88-2538-4A (D. Colorado, C.A. No. 82-M-90) (nng) |
| 93/01/22 | | CONDITIONAL REMAND ORDER FINAL TODAY -- **(A-10)** Knight Mobile Homes, Inc., et al. v. Citicorp Homeowners, Inc., et al., W.D. Tenn., C.A. No. 88-2538-4A (D. Colo., C.A. No. 82-M-90) -- Notified involved judges and clerks (bas) |

JPML Form 1

Revised: 8/78

DOCKET NO. 755 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Citicorp Acceptance Company/Mobile Home Dealer Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 19, 1988 | | | | | | |
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | July 8, 1988 | TO | Unpublished | W.D. Tennessee | Robert M. McRae | |

**Special Transferee Information**

DATE CLOSED: 8/22/94

JPML FORM 1     LISTING OF INVOLVED ACTIONS     Hon. Robert M. McRae
W.D. Tennessee

DOCKET NO. 755 -- In re Citicorp Acceptance Company/Mobile Home Dealer Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Dick Moore, Inc., et al. v. Citicorp Acceptance Company, Inc., et al. | Tenn.,W. McRae | 85-2618-4A | NTN | XYZ | 8/22/94 D | |
| A-2 | Citicorp Acceptance, Inc. v. Dick Moore, Inc., et al. | Tenn.,W. ~~Horton~~ McRae | 86-2881-HB | NTN | XYZ | 8/22/94 | |
| A-3 | Pope Mobile Home, Inc. v. Citicorp Acceptance Company, Inc., et al. | Miss.,S. Barbour | J87-0076(B) | 7/8/88 | 88-2533-4/A | 12/9/92 | R |
| A-4 | Big River Discount Mobile Homes, Inc. v. Citicorp Acceptance Company, Inc., et al. | Miss.,S. ~~Lee~~ Barbour | J87-0106(B) | 7/8/88 | 88-2535-4/A | 12/9/92 | R |
| A-5 | Adams Mobile Home, Inc. v. Citicorp Acceptance Company, et al. | Miss.,S. Barbour | J87-0105(B) | 7/8/88 | 88-2534-4/A | 12/9/92 | R |
| A-6 | Max Mobile Homes Sales, Inc. v. Citicorp Acceptance Comapny, Inc., et al. | Miss.,S. ~~Wingate~~ Barbour | J87-0107(B) | 7/8/88 | 88-2536-4/A | 12/9/92 | R |
| A-7 | Omega Homes Inc. v. Citicorp Acceptance Company, Inc., et al. | Va.,W. Turk | 82-0718(R) | 7/8/88 | 88-2537-4/A | 11/5/90 D | |
| A-8 | B&S Enterprises, Inc., et al. v. Citicorp Acceptance Company, Inc., et al. | N.M. Baca | 86-06137 | | | | State court |
| A-9 | Imperial Mobile Homes Sales, Inc. v. Citicorp Acceptance Company, Inc. | Ill.,S. Cohn | 84-3134 | | | 4-1-88 closed | |

DOCKET NO. 755 -- In re Citicorp Acceptance Company/Mobile Home Dealer Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Knight Mobile Homes, Inc., et al. v. Citicorp Homeowners, Inc., et al. | Colo. Matsch | 82-M-90 | 7/8/88 | 88-2538-A | 1/22/93 R | |
| A-11 | Erin J. Guthrie, et al. v. Citicorp Acceptance Company, Inc., et al. | Ala.,N. | 85-5306 | | | | |
| A-12 | B&G Mobile Homes, Inc., et al. v. Citicorp Acceptance Company, Inc. | Ky.,W. Meredith | 87-0143-BG(M) | | | | |
| B-13 | James D. Walker, Jr., et al. v Citicorp Acceptance Co., Inc., et al. | Ga.,S. Davis | BK Adv. No. 90-1087 | 1/31/91 | 91-2104-A | 3/1/93 | 3/1/93 DIS |
| B-14 | Timothy Wayne Hollifield v. Dick Moore, Inc., et al. | Miss.,N. Biggers | WC91-131-B-D | DENIED Transfer | | | 4-3-92 DENIED |

July 1989 — Same
July 1990 — Same
July 1992 — 8 Pending

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 755 -- In re Citicorp Acceptance Company/Mobile Home Dealer Litigation

==================================================================

DICK MORE, INC., ET AL.
Irma W. Merrill, Esq.
50 North Front Street
Suite 1075
Memphix, TN 38103

R. Layne Holley, Esq.
5400 Poplar Ave.
Suite 100
Memphis, TN 38119

James D. Causey, Esq.
230 Adams Avenue
Memphis, TN 38103

John J. Helfin, III, Esq.
Rickey, Boruland, Helfin & Alvarez
Suite 100 5400 Poplar Ave.
Memphis, TN 38103

CITICORP/ACCEPTANCE CORP. NATIONAL SERVICES, INC.
David J. Cocke, Esq.
P.O. Box 3504
Memphis, TN 38173

Richard E. Stratton, III, Esq. ~~deceased~~
111 W. Chickasaw
P.O. Drawer 831
Brookhaven, MS 39601

Andrew J. Petrie, Esq.
Kirkland and Ellis
1919 Broadway
Denver, CO 80202

Nancy Ferguson, Esq.
General Counsel
Citicorp National Services, Inc.
12443 Olive Street Road
St. Louis, MO 63141

C. York Craig, Jr., Esq.
633 N. State Street
Jackson, MS 39205

JAMES D. WALKER, JR., trustee for LEASE PURCHASE CORP., ET AL.
James D. Walker, Trustee
Surrett, Walker, Creson & Colley
P.O. Box 1497
Augusta, GA 30903

Louis Saul, Esq. Corr. per — P.O. Box 1726
~~P.O. Box 1497~~
~~Augusta, GA 30903~~

Jay M. Sawilosky, Esq.
910 First Union Bank Bldg.
Augusta, GA 30910

John B. Long, Esq.
Dye, Miller, Tucker & Everitt
P.O. Box 2426
Augusta, GA 30910

KNIGHT MOBILE HOMES, INC., et al.
Thomas Frank, Esq.         Erickson Nicholls,
William S. Finger, Esq. — Kusic, Frank &
29025D Upper Bear Creek Road   Finger
P.O. Box 1477
Evergreen, CO 80439

~~TIMOTHY HOLLIFIELD~~
~~William F. Schneller, Esq.~~   DENIED
~~Post Office Box 417~~
~~Holly Springs, MS 38635~~

POPE MOBILE HOMES, ADAMS MOBILE HOMES, BIG RIVER DISCOUNT MOBILE HOMES, MACK'S MOBILE HOME SALES
Thomas J. Lowe, Jr., Esq.
Box 2050
Jackson, MS 39225

DCHS (A-10)

Frederick T. Berhenke, Esq
~~Andrew J. Petrie, Esq.~~
~~1336 Colorado National Bldg.~~
Denver    CO    80202

FIRM: ~~Kutak Rock & Campbell~~ Ireland, Stapleton, Pryor & Pascoe
1675 Broadway
Suite 266

Andrew J. Petrie, Esq.
Kirkland & Ellis
1999 Broadway - 40th Floor
Denver    CO    80202

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 755 -- In re Citicorp Acceptance Company/Mobile Home Dealer Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| CITICORP ACCEPTANCE CO., INC a/k/a CITICORP ACCEPTANCE COMPANY OF NEW MEXICO | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12 |
| CITICORP (DELAWARE CORP.) | A-1 |
| CITICORP HOMEOWNERS, INC. | A-7, A-10, |
| ADVANCE MORTGAGE CORP. | A-7, A-10 |
| ~~CITICORP PERSON TO PERSON FINANCIAL CENTER, INC.~~ | ~~A-7~~ |
| AUBREY A. CALHOUN | A-11, |
| XYZ, INC. | A-11, |
| DICK MOORE, INC. | A-1, A-2, |
| R.C. MOORE, JR. | A-1, A-2, |
| RAXIS INTERNATIONAL, INC. d/b/a LAWSUIT PROCESSING CENTER & RESULTS BUS. SVCS. | A-2, |
| ERIC R. HAAS | A-2, |