JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 755

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION  JUL -8 1988

IN RE CITICORP ACCEPTANCE COMPANY/MOBILE HOME DEALER LITIGATION

PATRICIA D. HOWARD
CLERK OF THE PANEL

TRANSFER ORDER*

This litigation presently consists of eight actions pending in four districts as follows:[1]

| District | Actions |
|---|---|
| Southern District of Mississippi | 4 actions |
| Western District of Tennessee | 2 actions |
| District of Colorado | 1 action |
| Western District of Virginia | 1 action |

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by parties to the two Tennessee actions seeking an order transferring the six other actions to the Western District of Tennessee for centralization with the two actions pending there. Plaintiffs in the six non-Tennessee actions support the motion. Citicorp Acceptance Company, Inc. (CAC) and its affiliates oppose transfer.

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization under Section 1407 in the Western District of Tennessee will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions share numerous factual questions arising out of contractual disputes between CAC (or an affiliate or predecessor in interest) and various mobile home dealers for which the CAC related parties provided inventory or customer financing. Centralization under Section 1407 is desirable in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

While none of the districts in which constituent actions are pending in this docket serves as a nexus for this litigation, we are presuaded that the Western District of Tennessee is the appropriate transferee forum. We note that: 1) CAC is already litigating there, and plaintiffs in the six actions pending outside the Tennessee

---

\*   Judge Robert H. Schnacke took no part in the decision of this matter.

[1]   The schedule accompanying the initial motion for transfer in this docket listed twelve actions. On April 18, 1988, movants filed an amended schedule resulting in the deletion of a Southern District of Illinois action that had already gone to trial, a Western District of Kentucky action that had been settled and dismissed subsequent to the filing of the Section 1407 motion, and two actions pending, respectively, in Alabama and New Mexico state courts over which the Panel has no transfer jurisdiction.

-2-

district favor transfer there; and 2) the Western District of Tennessee is conveniently located vis-a-vis the districts in which actions in this docket are pending.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Western District of Tennessee be, and the same hereby are, transferred to the Western District of Tennessee and, with the consent of that court, assigned to the Honorable Robert M. McRae for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-755 -- In re Citicorp Acceptance Company/Mobile Home Dealer Litigation

Southern District of Mississippi

Pope Mobile Homes, Inc. v. Citicorp Acceptance Company, Inc., et al., C.A. No. J87-0076(B)
Adams Mobile Home, Inc. v. Citicorp Acceptance Company, et al., C.A. No. J87-0105(B)
Big River Discount Mobile Homes, Inc. v. Citicorp Acceptance Company, Inc., et al., C.A. No. J87-0106(B)
Mack's Mobile Homes Sales, Inc. v. Citicorp Acceptance Company, Inc., et al., C.A. No. J87-0107(B)

Western District of Virginia

Omega Homes Inc. v. Citicorp Acceptance Company, Inc., et al., C.A. No. 82-0718(R)

District of Colorado

Knight Mobile Homes, Inc., et al. v. Citicorp Homeowners, Inc., et al., C.A. No. 82-M-90

Western District of Tennessee

Citicorp Acceptance, Inc. v. Dick Moore, Inc., et al., C.A. No. 86-2881-HB
Dick Moore, Inc., et al. v. Citicorp Acceptance Company, Inc., et al., C.A. No. 85-2618-4A